**Robert H. Allen, as Trustee of the Robert H. Allen Revocable Trust, Defendant–Appellant.**

No. 2010–1300.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2010.

**INFINITI INFORMATION SOLUTIONS, LLC, Plaintiff–Appellant,**

**v.**

**UNITED STATES, Defendant–Appellee.**

No. 2010–5168.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2010.

Janine S. Benton, Benton, Potter & Murdock, P.C., Falls Church, VA, for Plaintiff–Appellee.

Russell A. Shultis, Department of Justice, Washington, DC, for Defendant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).